THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK GARCIA, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [999 NYS2d 789]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment [denominated order] of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.